IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARL GRIMES,

    Plaintiff,

  v.

COUNTY OF ALAMEDA,

    Defendant.

No. C 12-05126 WHA

**ORDER REFERRING MOTION FOR JUDICIAL RECUSAL**

Plaintiff has filed a motion to disqualify the undersigned (Dkt. No. 16). In accordance with 28 U.S.C. 144, the motion shall be heard by another judge. The **CLERK** shall randomly reassign the motion for recusal to be heard by another judge.

**IT IS SO ORDERED.**

Dated: November 15, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE