**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL GRIMES, | No. C 12-05126 WHA |
| Plaintiff, | |
| v. | **ORDER REFERRING MOTION FOR JUDICIAL RECUSAL** |
| COUNTY OF ALAMEDA, | |
| Defendant. | |

Plaintiff has filed a motion to disqualify the undersigned (Dkt. No. 16). In accordance with 28 U.S.C. 144, the motion shall be heard by another judge. The **CLERK** shall randomly reassign the motion for recusal to be heard by another judge.

**IT IS SO ORDERED.**

Dated: November 15, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE