UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARL ANTHONY GRIMES

    Plaintiff,

    v.

COUNTY OF ALAMEDA, et al.,

    Defendants.
_____/

No. 12-5126 WHA

**ORDER DENYING MOTION TO DISQUALIFY JUDGE WILLIAM ALSUP**

Before the court is plaintiff's motion to disqualify Judge William Alsup. In order to support such a motion, plaintiff is required to "state the facts and the reasons for the belief that bias or prejudice exists." 28 U.S.C. § 144. Plaintiff alleges only that Judge Alsup dismissed a previous case of plaintiff's, and that the dismissal indicates "unfair biasness" towards plaintiff. This allegation is not sufficient to justify disqualification, as "[a]dverse rulings do not constitute the requisite bias or prejudice of § 144." U.S. v. Azhocar, 581 F.2d 735, 739 (9th Cir. 1978). Plaintiff's motion is therefore DENIED.

    **IT IS SO ORDERED.**

Dated: December 5, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge